■ DOMINICAN FESTIVAL AND PARADE COMMITTEE, INC., Respondent, v CARLOS VELASQUEZ, Individually and as President of G.A.L.O.S. Corporation, et al., Appellants. [618 NYS2d 1011] — Order, Supreme Court, New York County (Carol E. Huff, J.), entered on or about May 14, 1993, which denied defendants' motion for summary judgment, unanimously affirmed, without costs.

The contract between the parties annexed to the affirmation of plaintiff's attorney is sufficient to raise an issue of fact as to whether the parties had dealings during the period of time in question (see, Olan v Farrell Lines, 64 NY2d 1092). Concur—Sullivan, J. P., Carro, Rosenberger, Williams and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BROWN, Appellant. [618 NYS2d 1008] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered February 23, 1993, convicting defendant, upon his guilty plea, of robbery in the second degree and sentencing him, as a persistent violent felony offender, to a term of 8 years to life, to run consecutively with a prior sentence of imprisonment of from 16 years to life, unanimously affirmed.

The court properly denied defendant's motion to withdraw his guilty plea in light of unsubstantiated allegations that the defendant was under the influence of drugs at the time of the plea, and therefore did not enter his guilty plea knowingly and voluntarily. Furthermore, defendant's claim of ineffective assistance of counsel is unfounded (see, People v Ellis, 81 NY2d 854; People v Thomas, 200 AD2d 413, lv denied 83 NY2d 915). Concur—Sullivan, J. P., Carro, Rosenberger, Williams and Tom, JJ.